IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 1:13-cv-00298-RPM-KLM

MARIA-LUISA PESQUEIRA LOPEZ,
a/k/a MARY LOU LOPEZ, an individual,

    Plaintiff,

v.

HILLTOP HEALTH SERVICES CORPORATION, a Colorado Corporation, d/b/a THE COMMONS OF HILLTOP, and DOES 1 THROUGH 50, inclusive,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice filed June 26, 2013, it is

ORDERED that this action is dismissed in its entirety. All claims by Plaintiff Maria-Luisa Pesquira Lopez, a/k/a Mary Lou Lopez ("Lopez") against Defendant Hilltop Health Services Corporation ("Hilltop") are dismissed, with prejudice. All counterclaims by Hilltop against Lopez are dismissed, with prejudice. Each party shall bear their own costs and expenses, including attorney fees.

DATED this 27th day of June, 2013.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge